In the Matter of the Judicial Settlement of the Account of Proceedings of GEORGE W. CARR, as Executor, etc., of CHARLES S. HALSTED, Deceased.— Decree and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.